UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERRELLEZ, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PONTOON SOLUTIONS, INC., a Delaware corporation; ADECCO USA, INC., a Delaware corporation; ROSE INTERNATIONAL, INC., a Missouri corporation; BANK OF AMERICA, N.A. and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.: 2:15-cv-01898-CAS-FFM**<br><br>**CLASS ACTION**<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF J. ROBERT BERRELLEZ**<br><br><br>Ctrm.:   5<br><br>FAC Filed:  May 18, 2015 |

On October 13, 2016, the Court issued Minutes (in Chambers), granting Defendants Pontoon Solutions, Inc., Adecco USA, Inc., Rose International, Inc., and Bank of America, N.A.'s ("Defendants") Motions for Summary Judgment against Plaintiff J. Robert Berrellez ("Plaintiff"). The evidence presented having been fully considered, the issues duly heard and a decision duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff and the action is dismissed, with prejudice. Each of the four Defendants identified above is awarded recovery of costs.

Dated: November 14, 2016

_____
Hon. Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE

1
JUDGMENT IN FAVOR OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF J. ROBERT BERRELLEZ